**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert Norman MYERS, Defendant— Appellant.**

**No. 07–50327.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 8, 2008.*

Filed Sept. 30, 2008.

Christopher K. Lui, Office of the U.S. Attorney, Michael J. Raphael, Esq., Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Richard D. Goldman, Michael Tanaka, FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Robert Norman Myers appeals from the 151–month sentence imposed following his guilty-plea conviction for bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Myers contends that his sentence is substantively unreasonable because: (1) his designation as a career offender overstates the seriousness of the instant offense and his criminal history; and (2) other mitigating evidence warrants a lower sentence. We conclude that Myers's sentence is reasonable in light of his extensive criminal history, the need for deterrence, and the other factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 600–02, 169 L.Ed.2d 445 (2007); *see also United States*

*v. Stoterau,* 524 F.3d 988, 1000–02 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

